that a complaint clearly showing that relief is barred by an affirmative defense may be dismissed under a Rule 12(b) motion. *Fed. R.Civ.P. 8, 12; Larter & Sons, Inc. v. Dinkler Hotels Co.*, 199 F.2d 854 (5th Cir. 1952). Generally, the facts supporting the defense must appear plainly upon the face of the complaint and must reveal what specific evidentiary matter is the basis for the dismissal. *Miller v. Shell Oil Co.*, 345 F.2d 891 (10th Cir.1965). This now common expansion of the motion practice beyond the express scope of Rule 12(b) promotes speedier pretrial procedure and eliminates needless trials while preserving meritorious claims for full adjudication.

This examination of federal policy and procedure convinces us that the affirmative defense of res judicata may properly be raised in a motion to dismiss. Consequently, we now overrule *Three Rivers Land Company v. Maddoux* insofar as it discourages this motion practice and affirm the district court's order in this second consolidated case dismissing plaintiff's complaint with prejudice.

IT IS SO ORDERED.

RIORDAN, C.J., and FEDERICI, J., concur.

Court having considered the matter and being sufficiently advised, Chief Justice Riordan, Senior Justice Sosa, Justice Federici, Justice Stowers and Justice Walters concurring;

On April 16, 1986, Attorney Steven F. Grover, III, did plead guilty to the crime of misappropriation by Bankruptcy Trustee and, thereafter, received a sentence of three year's imprisonment and was ordered to make restitution in the amount of $40,-000.00, as well as to pay a penalty assessment of $50.00.

NOW, THEREFORE, IT IS ORDERED that the Recommendations of the Disciplinary Board are hereby adopted, Steven F. Grover, III having submitted a Conditional Admission and Consent to Discipline dated June 19, 1986 after consultation with his attorney, and the said Steven F. Grover, III is hereby disbarred from the practice of law in all Courts of the State of New Mexico, and costs are hereby assessed against Steven F. Grover, III in the amount of $25.50 to be paid to the Disciplinary Board on or before December 1, 1986.

IT IS FURTHER ORDERED that the Clerk of the Court is hereby authorized and directed to publish this Order in the *New Mexico Reports* and *News and Views.*

728 P.2d 469

**In the Matter of Steven F. GROVER, III, an Attorney Admitted to Practice Before the Courts of the State of New Mexico.**

**No. 16712.**

Supreme Court of New Mexico.

Nov. 19, 1986.

**ORDER**

This matter coming on for consideration by the Court upon Report and Recommendations of the Disciplinary Board, and the

728 P.2d 469

**DATA GENERAL CORPORATION, Plaintiff-Appellant,**

v.

**COMMUNICATIONS DIVERSIFIED, INC., Defendant-Appellee.**

**No. 16015.**

Supreme Court of New Mexico.

Nov. 21, 1986.